

## IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

### NO. PD-0573-17

**BENNIE J. TARRANT, III, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE SECOND COURT OF APPEALS
### TARRANT COUNTY

NEWELL, **J. filed a dissenting opinion in which** RICHARDSON, **J. joined.**

I would grant review for the reasons stated in my opinion dissenting to the refusal of discretionary review in *Horton v. State*, ___ S.W.3d ___, 2017 WL 4399159 (Tex. Crim. App. Oct. 4, 2017) (Newell, J., dissenting).

Filed: October 18, 2017

Do Not Publish